Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 55434.**—H. R. Benedict & Sons, Inc., et al. *v.* United States, protests 147919–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 55435.**—J. E. Bernard & Company, Inc. *v.* United States, protests 162857–K/2922 and 164526–K/3121 (Chicago).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 55436.**—J. F. Fitzgerald *v.* United States, protests 137234–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of boutonnieres the same in all material respects as those the subject of Abstract 54274, the claim of the plaintiff was sustained.

**No. 55437.**—H. G. Brake & Co. *v.* United States, protest 161428–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of sawed lumber similar in all material respects to that the subject of Abstract 53917, the claim of the plaintiff was sustained.

**No. 55438.**—Edmond Weil, Inc. *v.* United States, protest 140639–K (New York).